FILED
CLERK, U.S. DISTRICT COURT

OCT 2 1 2019

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 8:19-MJ-00796 |
| Plaintiff, ) | ORDER ~~[OF DETENTION]~~ |
| ) | AFTER HEARING HELD PURSUANT |
| vs. ) | TO 18 U.S.C. § 3148 (B) |
| NICHOLAS DIDODO, ) | (Alleged Violation of Conditions of |
| Defendant. ) | Pretrial Release) |

**A.**

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge B. Reinhart of the S. Dist. FL , and the Court having conducted a hearing on the alleged violation(s),

**B.**

The Court finds

(1)

    (A)   (X)   that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or
                       possession of illegal drugs

    (B)   (X)   that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

multiple positive drug tests

1                              and

2 (2)

3        (A)   ( )   that based on the factors set forth in 18 U.S.C. § 3142(g), there is no

4                        condition or combination of conditions of release that will assure that

5                        the defendant will not flee or pose a danger to the safety or any other

6                        person or the community; or

7        (B)   ( )   that the defendant is unlikely to abide by any condition or

8                        combination of conditions of release.

9                          and/or, in the event of (1) (A)

10 (3)        ( )   that the defendant has not rebutted the presumption that no condition

11                     or combination of conditions will assure that the person will not pose

12                     a danger to the safety of any other person or the community.

13                          or

14 (4)        (X)   that there are conditions of release that will assure that the defendant

15                     will not flee or pose a danger to the safety of any other person or the

16                     community, and that the defendant will abide by such conditions. See

17                     modified bond form setting conditions.

18            ( )   This Order shall be stayed for 72 hours in order to allow the

19                     Government to seek review from the [assigned District Judge]

20                     [criminal duty District Judge].

21                        or

22                        C.

23    ( )   IT IS ORDERED that the defendant be detained prior to trial.

24

25 DATED:   10/21/2019

Karen E. Scott

26                       KAREN E. SCOTT
                          UNITED STATES MAGISTRATE JUDGE

27

28